IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Brian K. Hall, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 09-2609-TLW-RSC |
| The County of Carolina Department of Corrections; Cpl. M. Grodetsky; Directorr, Mr. Jon E. Ozmint; Warden, Mrs. Pinson; Associate Warden Sas; Captain Roberts; Sgt. Gadson, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# ORDER

On October 6 2009, the plaintiff, Brian K. Hall, ("plaintiff") proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to Magistrate Judge Robert S. Carr pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 8). On October 15, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that "the District Court dismiss the complaint in the above-captioned case *without prejudice* and without issuance of service of process." (Doc. # 8). The plaintiff filed no objections to the report. Objections were due on November 2, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate

1

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 8).

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>United States District Judge

December 11, 2009
Florence, South Carolina