# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Brian K Hall, <br> *Plaintiff* <br> v. <br> The County of Carolina Department of Corrections, <br> Corporal M Grodetsky; Director Jon E Ozmint; <br> Warden Mrs Pinson; Associate Warden SAS; <br> Captain Roberts; and Sergeant Gadson <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> )  Civil Action No.    2:09-cv-02609-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

■  other:   The Report and Recommendations of Magistrate Judge Robert S Carr is incorporated.
This case is dismissed without prejudice. The Plaintiff shall take nothing on his Complaint filed pursuant to
Title 42 U.S.C.§ 1983.                                                                                                      .

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

■  decided by Judge            Honorable Terry L Wooten            _____

_____ .

Date:        Dec 14, 2009                    *CLERK OF COURT*

                                                        s/ R.S. Polston
                                            _____
                                            *Signature of Clerk or Deputy Clerk*